IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

CASE NO: 20-1616

CERTAIN UNDERWRITERS AT LLOYDS
OF LONDON SUBSCRIBING TO
POLICY OF INSURANCE NUMBER
ROKMAR201800039,

    Petitioner,

v.

SAUL MONTALVO,

    Respondent
_____/

# EXHIBIT "5"

| | |
|---|---|
| From: | Neil Bayer |
| To: | Chase Jansson |
| Subject: | FW: Insurance coverage |
| Date: | 14 July 2020 10:04:43 |
| Attachments: | 09 Claim and Third Party Claim [ParrotDise Express, Endurance Assurance Corp] (00258979xBEB76).PDF |
| | image001.png |
| | image002.png |

Kind regards

Neil Bayer



2600 Douglas Road, Suite 508
Coral Gables, Florida 33134

Office: +1 (786) 204-3784
Direct: +1 (786) 204-3783
Mobile: +1 (786) 200-4688
Mobile: +1 (86) 473-9680
www.cjclaw.com



**From:** Saul Montalvo <clazzico@icloud.com>
**Sent:** 05 June 2020 13:36
**To:** Neil Bayer <Neil@CJCLaw.com>
**Subject:** Fwd: Insurance coverage


Sent from my iPhone

Begin forwarded message:

> **From:** Saul Montalvo <clazzico@icloud.com>
> **Date:** May 13, 2020 at 6:58:57 PM EDT
> **To:** mailto:Neil@cjclaw.com
> **Subject: Insurance coverage**

1

Dear sirs/madams:

I have been named as a defendant in the above referenced case.  A copy of the complaint is attached. Please let me know if I am considered an insured under the policy issued to Clearwater Jet Ski & Parasail, LLC (Certificate Number ROKMAR-201700039)

You can reach me at:

Saul Emmanuel Montalvo Arce
10422 parkside ct Spring Hill FL, 34608
Clazzico@icloud.com
352-667-4115